Decided February 16, 1995

STATE OF CONNECTICUT *v.* TYRONE ADAMS

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 473 (AC 12650), is granted, limited to the following issue:

"Under the circumstances of this case, should the defendant have been allowed the cross-examination of the state's key witness on the circumstances surrounding the arrest and the bias and motive for the subsequent statement?"

The Supreme Court docket number is SC 15204.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided February 16, 1995